IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ELIJAH DOMINGUEZ,**

       **Plaintiff,**

**v.**                                                                                  **No. CIV-14-0875 MV/LAM**

**COLFAX COUNTY, et al.,**

       **Defendants.**

## SECOND ORDER FOR PARTIES TO FILE A STATUS REPORT

**THIS MATTER** is before the Court upon review of the parties' *Joint Status Report (Doc. 57)*, filed September 8, 2015, and upon review of the docket. In the Joint Status Report, the parties state that Plaintiff's counsel anticipates needing approximately 30 days to arrange for the appointment of a *guardian ad litem* for Plaintiff; however, no notice has been provided to the Court that such an appointment has been made. In addition, the parties state that the psychological report declaring Plaintiff incompetent "will be disclosed to Defendants subsequent to this Court entering a confidentiality order pertaining to Plaintiff's psychological and/or medical records." The Court notes that the parties have not filed a motion to enter a confidentiality order. Third, the Court notes that, on July 9, 2015, discovery was stayed in this case at the request of the parties pending Plaintiff serving his proposed expert reports, yet the docket does not reflect that those reports have been served. For these reasons, the Court will again order the parties to file a joint status report regarding these issues.

**IT IS THEREFORE ORDERED THAT** the parties jointly file a status report with the Court *within thirty (30) days of entry of this order* advising the Court of the following matters:

1. The status of the appointment of a *guardian ad litem* for Plaintiff, including the *guardian ad litem's* entry of appearance in this case if one has been appointed;

2. Whether the parties intend to file a motion for entry of a confidentiality order so that Plaintiff's psychological and/or medical records can be disclosed to Defendants;

3. Whether the stay of discovery in this case can now be lifted; and

4. Whether a status conference and/or settlement conference is desired.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**