IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIJAH DOMINGUEZ,

       Plaintiff,

v.                             No. CIV-14-0875 MV/LAM

COLFAX COUNTY, et al.,

       Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR STAY OF DISCOVERY

**THIS MATTER** is before the Court on the *Unopposed Motion for Stay of Discovery (Doc. 84)* filed on January 10, 2017 by Defendants James Salazar, Rose Bernal and Gabriel Sandoval's (the "Individual County Defendants"). Having considered the motion, record of the case, and relevant law, the Court **FINDS** that the motion is well taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Individual County Defendants' *Unopposed Motion for Stay of Discovery (Doc. 84)* is **GRANTED** and all discovery, including but not limited to, the disclosure of expert witnesses, is **STAYED** in this action until the pending Motion for Summary Judgment filed by the Individual County Defendants is decided or further order of the Court, whichever comes first.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted, *(Prior to modification by the Court)*

MONTGOMERY & ANDREWS, P.A.

By: ___/s/ Randy S. Bartell_____
        Randy S. Bartell
*Attorneys for Defendants Colfax County,*
*James Salazar, Rose Bernal, and*
*Gabriel Sandoval*

Approved:

KENNEDY KENNEDY & IVES, LLC

By: /s/ Joseph P. Kennedy
        Joseph P. Kennedy
*Attorneys for Plaintiff*

BRENNAN & SULLIVAN, P.A.

By: /s James P. Sullivan
        James P. Sullivan
        Christina L. G. Brennan
*Attorneys for Defendant Raton Police Officers*
*D. Brietfelder and Holland*