# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ELIJAH DOMINGUEZ,
        Plaintiff,

No. 1:14-cv-875-MV-KRS

v.

COLFAX COUNTY, D. BREITFELDER,
Raton Police Officer, FNU HOLLAND, Raton
Police Officer, JAMES SALAZAR, Correctional
Officer, ROSE BERNAL, Lieutenant, GABRIEL
SANDOVAL, Administrator of the Vigil/Maldonado
Colfax County Detention Center,
        Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte*, following a review of the record in the above-titled cause. The Court, being fully advised in the premises, **FINDS** and **CONCLUDES** that a telephonic status conference shall be held on **February 1, 2018, at 10:30 a.m**. The parties shall call the Court's "meet-me" line at **(505) 348-2694** to connect to the proceedings. The referenced conference telephone line can only accommodate up to five (5) telephone calls at once, including the call-in to the telephone conference by the Court. In the event the number of calls into the telephonic conference will exceed four (4) from counsel and parties, counsel or parties pro se must contact the Court immediately so that alternative arrangements can be made.[1]

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that there are seven attorneys, including Plaintiff's Guardian ad Litem, entered in this case. The parties are directed to confer with one another and determine whether they require more than four phone lines to connect to the proceedings.