IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIJAH DOMINGUEZ,

    Plaintiff,

v.                                             CV 14-875 MV/KRS

COLFAX COUNTY,
RATON POLICE OFFICERS
D. BREITFELDER,
and HOLLAND, and CORRECTIONAL OFFICER JAMES SALAZAR,
LIEUTENANT ROSE BERNAL, and
ADMINISTRATOR GABRIEL SANDOVAL
Of the VIGIL/MALDONADO
[COLFAX COUNTY] DETENTION CENTER,

    Defendants.

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

Theresa Hacsi, Esq's Unopposed Motion to Withdraw Appearance [Doc. 94] is hereby GRANTED.

IT IS HEREBY ORDERED that Ms. Hacsi's appearance is withdrawn.

                                                                  Honorable Kevin R. Sweazea